IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00212-PAB-KLM

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

PRIMELENDING, a PlainsCapital Company,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Stipulated Protective Order** [Docket No. 17; Filed March 31, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: March 31, 2009