IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00212-PAB-KLM

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

PRIMELENDING, a PlainsCapital Company,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion to Withdraw as Counsel** filed by Donald W. Alperstein, counsel for Defendant [Docket No. 64; Filed December 8, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Donald W. Alperstein is relieved of any further representation of Prime Lending, a PlainsCapital Company, in the above-captioned matter.  The Clerk is instructed to terminate Donald W. Alperstein as attorney of record, and to remove his name from the electronic certificate of mailing.

Dated:    December 9, 2009