IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00212-PAB-KLM

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

PRIMELENDING, a PlainsCapital Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Primelending's Motion for Leave to Serve Twenty Requests for Admission for Each Loan Subject to this Lawsuit** [Docket No. 76; Filed January 28, 2010] ("Motion for Leave") and **Defendant Primelending's Motion to Seal Pursuant to Protective Order Dated March 31, 2009** [Docket No. 77; Filed January 28, 2010] (the "Motion to Seal").

    IT IS HEREBY **ORDERED** the Motion for Leave is **DENIED without prejudice** for failure to comply with the Court's discovery procedure.  At the Scheduling Conference on April 3, 2009, the Court advised the parties that "[c]ounsel shall call the Court by joint conference call to schedule hearings regarding unresolved discovery disputes prior to filing" contested discovery motions [Docket No. 21].

    IT IS FURTHER **ORDERED** that the Motion to Seal is **GRANTED**.  In accordance with D.C.COLO. L.Civ.R. 7.2, the Motion to Seal  was posted to the public to allow for any objections to the sealing of the document. No timely objections have been filed. The Clerk of the Court shall maintain UNDER SEAL Exhibit A to Defendant Primelending's Motion for Leave to Serve Twenty Requests for Admission for Each Loan Subject to this Lawsuit.

Dated:  February 4, 2010