IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00212-PAB-KLM

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

PRIMELENDING, a PlainsCapital Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulation to Amend Complaint, Answer and Counterclaim** [Docket No. 92; Filed March 17, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file a First Amended Complaint on or before **May 3, 2010**. Defendant shall file its Second Amended Answer and Third Amended Counterclaim on or before **May 24, 2010**.

    IT IS FURTHER **ORDERED** that the Motion for Leave to File Defendant Primelending, a Plainscapital Company's Second Amended Answer and Third Amended Counterclaim is **DENIED as moot**. [Docket No. 85]. Defendant has withdrawn the motion.

Dated: April 14, 2010