IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00212-PAB-KLM

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

PRIMELENDING, a PlainsCapital Company,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Joint Motion to Dismiss All Claims and Counterclaims With Prejudice [Docket No. 107]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Joint Motion to Dismiss All Claims and Counterclaims With Prejudice [Docket No. 107] is GRANTED. It is further

    **ORDERED** that the previously filed Joint Motion to Dismiss [Docket No. 105] is WITHDRAWN. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims and counterclaims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 14, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge